No. 1958. PEOPLE, APPELLEE, *v.* CORTÉS, APPELLANT. — District Court of Humacao. Assault and battery. Decided November 23, 1922. An examination of the transcript did not disclose any substantial error and the judgment was affirmed.

No. 2853. LUGO ET AL., APPELLEES, *v.* LUGO, APPELLANT.— District Court of Ponce. Decided November 23, 1922. It appearing that the transcript was filed on August 30 and the appellant was granted on September 5 an extension of 30 days for filing his brief, which expired on October 9, when no brief or motion of extension had been filed; that on November 7, 1922, the appellee moved for the dismissal of the appeal on that ground and that the appellant filed his brief on November 20, 1922, together with a motion attempting to explain his delay in doing so, the court sustained the appellee's motion and dismissed the appeal.

No. 1963. PEOPLE, APPELLEE, *v.* SÁNCHEZ ET AL., (MOJICA, APPELLANT). — Second District Court of San Juan. Grand larceny. Decided November 27, 1922. There was no bill of exceptions or statement of the case and the appellant filed no brief, and no substantial error appearing to have been committed, the judgment is affirmed.

No. 1967. PEOPLE, APPELLEE, *v.* ORTIZ, APPELLANT.—District Court of Ponce. Violation of section 61 of the excise-tax law. Decided November 27, 1922. There was no bill of exceptions or statement of the case and the appellant filed no brief. No substantial error appearing to have been committed, the judgment is affirmed.